**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION**

In the matter of:        Donald Young            Chapter 13 Case Number:        GG 09-14435

## NOTICE TO ATTORNEY FOR DEBTOR(S) AND ANY OTHER PARTY WHO MAY HAVE A CLAIM FOR ADMINISTRATIVE EXPENSES

The above-named debtor(s) filed a petition for relief under Chapter 13 of Title 11 of the United States Code, and the plan has been converted to Chapter 7.  **The Trustee is holding funds in the amount of $1424.00** which under the law must first be distributed to entities holding an administrative claim against the debtors and the Chapter 13 estate, with any resulting balance subsequently returned to the debtor(s).

**Notice is hereby given** that if you have an administrative claim (see 11 U.S.C. § 503 for allowable administrative claims), you must file your claim, in duplicate, within fifteen (15) days of the date of this notice, giving full details therein of the basis for your claim.  **The claim should be filed with Mary K. Viegelahn Hamlin, Chapter 13 Trustee**, 415 W Michigan Ave., Kalamazoo, MI 49007.  Please forward a copy to the U.S. Bankruptcy Court in Grand Rapids.

Attorneys, accountants and other professional persons employed by the debtor(s) shall attach to any claim filed an itemization of the services rendered by them and any para-professional persons employed by them, indicating the dates on which services were performed, the nature, extent, value, and time spent.  In addition, any actual and necessary expenses should be itemized.  **Such fees and expenses must be approved by the Court by filing an Application for fees and expenses pursuant to 11 U.S.C. 331 and an Order approving such fees and expenses must be attached to the claim.  If no fee application is received** within the 15 day period indicated above, it will be assumed that no claim is being made, and distribution will be made of the funds on hand accordingly.

After expiration of the fifteen (15) day period for filing of claims, the Trustee will distribute funds on hand accordingly.  If the Application for Fees is pending before the Court, the Trustee will not distribute the funds on hand until the Order approving such is received.

Electronically filed with the U.S. Bankruptcy Court and served by first class mail on:

Debtor(s) at:   Donald Young, PO Box 123, Trufant MI  49347
Attorney for Debtor(s): Roger Cotner, Electronic Notice

Other interested parties: None

/s/ Mary K. Viegelahn_____
Standing Chapter 13 Trustee

Served:  March 10, 2010